IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **BRENDA SLOAN,** | : | **CIVIL ACTION** |
| Plaintiff | : | |
| | : | |
| vs. | : | **NO. 15-1025** |
| | : | |
| **LIBERTY INSURANCE CORP.,** | : | |
| Defendant | : | |

## O R D E R

**AND NOW,** this 29th day of April, 2015, upon consideration of the plaintiff's motion to remand (Document #5), and the defendant's response thereto (Document #6), IT IS HEREBY ORDERED that the motion is DENIED.

BY THE COURT:


 /s/ Lawrence F. Stengel
LAWRENCE F. STENGEL, J.